UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES H. LEE, JR. (#386633)

VERSUS

D. NETTLES, ET AL.

CIVIL ACTION

NO. 15-620-JJB-EWD

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated April 18, 2017 (doc. no. 7). The plaintiff filed an objection which merely restates his prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 25th day of May, 2017.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA